# UNITED STATES DISTRICT COURT

for the

Southern District of New York

__________ Division

| | |
|---|---|
| JAVIER NUNEZ<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>**-v-**<br><br>Commissioner Social Security<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 24-7641<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Javier Nunez |
| Street Address | 1322 Bedford Avenue |
| City and County | Brooklyn/ Kings County |
| State and Zip Code | NY 11216 |
| Telephone Number | 272-770-8639 |
| E-mail Address | Nity276@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Nicole Fraser |
| Job or Title *(if known)* | Human Resources Administration ( N Y C employment agency |
| Street Address | 400 8th Avenue |
| City and County | New York Manhattan |
| State and Zip Code | New York 10001 |
| Telephone Number | Unknown |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | Olivia Giegerich |
| Job or Title *(if known)* | Therapist supervisor |
| Street Address | 1727 Amsterdam Avenue |
| City and County | New York / Manhattan |
| State and Zip Code | New York, 10031 |
| Telephone Number | 212- 694-9200 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 3

| | |
|---|---|
| Name | Mark Simon |
| Job or Title *(if known)* | Therapist (LMHC |
| Street Address | 1727 Amsterdam Avenue |
| City and County | New York / Manhattan |
| State and Zip Code | New York, 10031 |
| Telephone Number | 212-694-9200 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 4

| | |
|---|---|
| Name | Pacheco |
| Job or Title *(if known)* | Police officer |
| Street Address | 250 West 135 Street |
| City and County | New York/ Manhattan |
| State and Zip Code | New York, 10030 |
| Telephone Number | 212-690-6311 / 917-435-6224 |
| E-mail Address *(if known)* | Unknown |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* __________, is a citizen of the State of *(name)* __________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* __________, is a citizen of the State of *(name)* __________. Or is a citizen of *(foreign nation)* __________.

b. If the defendant is a corporation

The defendant, *(name)* ____________, is incorporated under the laws of the State of *(name)* ____________, and has its principal place of business in the State of *(name)* ____________. Or is incorporated under the laws of *(foreign nation)* ____________, and has its principal place of business in *(name)* ____________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Supreme Court recognized that the extent of United States liability under the Federal Tort Claims Act generally determined by reference to state law. Molzof V. United States,502 U.S. 301,305 (1992).See also Wilkinson v. United States, 564 F.3d 927,934 (8th Cir.2009)(FTCA damages are determined according to state law); Wakefield v. United States,765,F.2d 55,58(5th Cir.1985). Components and damages in FTCA cases are taken from the law of the state where

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Mark Silber, on May 15,2018 FORCED I JAVIER NUNEZ OUT MY HOME 219 West 145 Street,Apt 6 New York NY, 10038 that I've lived in for 20 years for No reason at all unprofessional in housing practices. On November 20,2018 Eli Silber LOCK I JAVIER NUNEZ OUT IN THE COLD For No Reason at all at 219 West 145 Street New York NY 10038 unprofessional as a Property Manager See duty of care. On MAY 15 2018, MS Fraser. Also FORCED I JAVIER NUNEZ OUT MY Home 219 West 145 St,Apt 6 New York NY,10038. For No Reason at all. Also Ms. Fraser Do not provide JAVIER NUNEZ with a safe placement as a caseworker for the city of New York unprofessional in Mental Health practices. Gutman, Minte, Baker, Sonnenfeldt LLC are the Attorneys of Mark Silber in the unlawful court

B. What date and approximate time did the events giving rise to your claim(s) occur?

November 12 2017 to Present

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I wrote respectfully on behalf of myself Javier Nunez, On May 15, 2018 Mark Silber Forced me out my home for no reason at all unprofessional in housing practices and Law. Eli Silber On November 20,2017 lock out my home for no reason at all unprofessional in housing practices and Law See index No.19151/17 Park H, Judge: Katz, Civil Court of the city of New York housing court. Also See index No.LT-080641-17NY. Nicole Fraser (H.R.A Caseworker for New York City) Failed to provide Luis Santiago with Services.( See index No.LT-080641-17NY. Gutman, Minte, Baker, Sonenfelt LLC in bad faith to include I'm a victim of identity theft and fraud See index On LT 080641/17NY. ( Issued is Police Department city of New York,32 Precinct Detective Square 250 West 135 Street,New York,NY 10030 (212 690-6315. Investigation Detective Pacheco See Due Process Clause of the Fifth and Fourteen Amendments to the United States constitution.(Basic notions of legal fairness.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Emotional Trauma is the result of events or experiences that leave us feeling deeply unsafe and often helpless.lt. can result from a single event or be park an ongoing experience such as chronic abuse, bullying, discrimination,or humiliation including harassment.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$75,000 0R more would like to attend a lease for the property ( RH 200-219 west 145 street apt 6, New York NY 10039.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/17/2024

Signature of Plaintiff: Javier N

Printed Name of Plaintiff: Javier Nunez

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



Print | Save As... | Add Attachment | Reset