UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER NUNEZ,<br><br>                              Plaintiff,<br><br>      -against-<br><br>COMMISSIONER OF SOCIAL SECURITY;<br>NICOLE FRASER; OLIVIA GIEGERICH;<br>MARK SIMON; PACHEO,<br><br>                              Defendants. | 24-cv-7641 (LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the January 10, 2025, order, the Court dismisses this action without prejudice because of Plaintiff's failure to comply with the Court's October 31, 2023 order in Nunez, ECF 1:23-CV-0625, 20.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  January 14, 2025
           New York, New York

                                             /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                       Chief United States District Judge